**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KATHERINE SANDERS,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-04650-BLF<br><br>**ORDER TO SHOW CAUSE WHY EXPERIAN INFORMATION SOLUTIONS, INC. SHOULD NOT BE DISMISSED; AND DISMISSING SPECIALIZED LOAN SERVICING, LLC** |

On April 20, 2017, Plaintiff filed a notice of settlement with Defendant Experian Information Solutions, Inc. (ECF 71), indicating that the parties expected to finalize a settlement within thirty days. More than thirty days has elapsed and Plaintiff has neither filed a notice of dismissal nor indicated that additional time is necessary to finalize the settlement. Plaintiff is hereby ordered to show cause in writing and on or before June 29, 2017 why the Court should not dismiss Experian. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against Experian and will issue an order dismissing Experian Information Solutions, Inc. without further notice.

On April 21, 2017, the Court issued an order (ECF 73) granting a motion to dismiss brought by Defendant Specialized Loan Servicing, LLC with leave to amend. The order required that any amended pleading be filed on or before May 12, 2017 and advised that "[f]ailure to meet the May 12 deadline to file an amended complaint or failure to cure the deficiencies identified in this Order will result in a dismissal of Plaintiff's action with prejudice." Order at 9, ECF 73. Plaintiff has not filed an amended pleading. Accordingly, Defendant Specialized Loan Servicing, LLC is DISMISSED from this action.

    **IT IS SO ORDERED.**

Dated: June 15, 2017

                                                                               BETH LABSON FREEMAN<br>                                                                               United States District Judge